**WO**                                                                                           SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey J. Cantú, ) | No. CV 08-0576-PHX-SMM (GEE) |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Craig Apker, ) | |
| Respondent. ) | |

Petitioner Jeffrey J. Cantú, who is confined in the Federal Correctional Institution in Phoenix, Arizona, has filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241)(Petition) and a Memorandum in support thereof. (Doc.# 1, 3.)[1] He has paid the $5.00 filing fee. The Court will order the Petition and Memorandum served on Respondent, the United States Attorney for the District of the United States, and the United States Attorney General. Further, the Court will refer this case to Magistrate Judge Edmonds for further proceedings and a Report and Recommendation.

**I.      Background**

Petitioner alleges one ground for relief in his Petition. He asserts that he lost 41 days good time credit after he was found guilty of possession, introduction, or manufacture of a dangerous weapon while he was confined in the United States Penitentiary in Lompoc,

---

[1] "Doc.#" refers to the docket number of documents filed in this action.

**TERMPSREF**

California. (Doc.# 1 at 1, 4; 3 at 1, 2-4, 10-11.) Petitioner contends that he was convicted on insufficient evidence in violation of his due process rights. (Doc.# 3 at 2-4, 10-11.)

**II.   Response to the Petition**

Petitioner alleges that he was deprived of good time credits and seeks expungement of his disciplinary record. Respondent will be required to respond to the Petition as supported by the Memorandum.

**III.   Warnings**

    **A.   Address Changes**

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

    **B.   Copies**

Petitioner must serve Respondents, or counsel if an appearance has been entered, a copy of every document that he files. Fed. R. Civ. P. 5(a). Each filing must include a certificate stating that a copy of the filing was served. Fed. R. Civ. P. 5(d). Also, Petitioner must submit an additional copy of every filing for use by the Court. LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Petitioner.

    **C.   Possible Dismissal**

If Petitioner fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1)   The Clerk of Court must serve a copy of the Summons, Petition and Memorandum, and this Order upon the United States Attorney for the District of Arizona by

certified mail addressed to the civil process clerk at the office of the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure. The Clerk of Court also must send by certified mail a copy of the Summons, Petition and Memorandum, and this Order to the United States Attorney General pursuant to Rule 4(i)(1)(B) and to Respondent pursuant to Rule 4(i)(2)(A).

(2)  Respondent must answer the Petition as supported by the Memorandum within 20 days of the date of service. Respondent may not file a dispositive motion in place of an answer, but may file an answer limited to relevant affirmative defenses, including but not limited to, statute of limitations, procedural bar, or non-retroactivity. If the answer is limited to affirmative defenses, only those portions of the record relevant to those defenses need be attached to the answer. Failure to set forth an affirmative defense in an answer may be treated as a waiver of the defense. Day v. McDonough, 126 S.Ct. 1675 (2006).

(3)  Petitioner may file a reply within 30 days from the date of service of the answer.

(4)  This action is referred to Magistrate Judge Glenda E. Edmonds pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

DATED this 8th day of May, 2008.

_____
Stephen M. McNamee
United States District Judge

**TERMPSREF**

- 3 -