1 **WO**

6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jeffrey J. Cantú, ) | No. CV 08-0576-PHX-SMM (GEE) |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Craig Apker, ) | |
| Respondent. ) | |

Petitioner Jeffrey J. Cantú, who is confined in the Federal Correctional Institution in Phoenix, Arizona, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241)(Petition) and a Memorandum in support thereof. (Doc.1, 3.)[1] The case was referred to Magistrate Judge Glenda E. Edmonds for further proceedings and a Report and Recommendation. On July 29, 2008, Magistrate Judge Edmonds filed the Report and Recommendation. (Doc. 13.) To date, no objections have been filed.

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have ten days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court.

---

[1] "Doc.#" refers to the docket number of documents filed in this action.

1  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's
2  recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's
3  factual findings and waives all objections to those findings on appeal. See Turner v. Duncan,
4  158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is
5  a factor to be weighed in considering the propriety of finding waiver of an issue on appeal."
6  Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts Magistrate Judge Edmond's Report and Recommendation.

## CONCLUSION

For the reasons set forth herein,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge Edmonds. (Doc. 13.)

**IT IS FURTHER ORDERED DENYING** Petitioner's Petition for Writ of Habeas Corpus. (Doc. 1.)

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this case accordingly.

DATED this 26th day of August, 2008.

_____
Stephen M. McNamee
United States District Judge