**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey J. Cantú,<br>　　　　Petitioner,<br>vs.<br>Craig Apker,<br>　　　　Respondent. | No. CV 08-0576-PHX-SMM (GEE)<br><br>**ORDER** |

Petitioner Jeffrey J. Cantú, who is confined in the Federal Correctional Institution in Phoenix, Arizona, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241) and a Memorandum in support thereof. (Doc.# 1, 3.)[1] The case was referred to Magistrate Judge Glenda E. Edmonds for further proceedings and a Report and Recommendation. (Doc.# 13.) Although the Report and Recommendation was filed, the docket reveals that Petitioner was not sent a copy, thereby denying him the right to file objections thereto. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send a copy of the Report and Recommendation to Petitioner at his current address.

**IT IS FURTHER ORDERED** that Petitioner shall file any objections thereto no later than **Friday, October 10, 2008.**

---

[1] "Doc.#" refers to the docket number of documents filed in this action.

**IT IS FURTHER ORDERED VACATING** the Court's Order (Doc. 14) of August 26, 2008.

**IT IS FURTHER ORDERED DENYING** Petitioner's Motion for Reconsideration (Doc. 16) of his Writ of Habeas Corpus.[2]

DATED this 11th day of September, 2008.

Stephen M. McNamee
United States District Judge

---

[2] The Court will strictly consider the objections to be filed by Petitioner, it will not reconsider the Writ for purposes of a new report and recommendation.

- 2 -