**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JEFFREY J. CANTU, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> CRAIG APKER, ) <br> ) <br> Respondent, ) <br> _____ ) | No. CV 08-576-PHX-SMM (GEE) <br><br> **MEMORANDUM OF DECISION AND ORDER** |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). The matter was referred to Magistrate Judge Glenda E. Edmonds for Report and Recommendation (Doc. 2). On July 29, 2008 the Magistrate Judge filed a Report and Recommendation with this Court (Doc. 13). Although the Report and Recommendation was filed, the docket reveals that Petitioner was not sent a copy, thereby denying him the right to file objections to it. In an Order filed September 12, 2008, the Clerk of Court was ordered to send a copy of the Report and Recommendation to Petitioner who was given until October 10, 2008 to file any objections to it (Doc. 17). To date, no objections have been filed.

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have ten days from the service of a copy of the Magistrate's recommendation within which to file specific written objections

1  to the Court.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72.  Failure to object to a
2  Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of
3  the Magistrate Judge's factual findings and waives all objections to those findings on
4  appeal.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  A failure to object to a
5  Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of
6  finding waiver of an issue on appeal."  Id.

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## CONCLUSION

For the reasons set forth,

**IT IS ORDERED** that the Court adopts the Report and Recommendation of the Magistrate Judge (Doc. 13).

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**, terminating this case.

DATED this 31st day of October, 2008.

_____
Stephen M. McNamee
United States District Judge